**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

THE CINCINNATI INSURANCE COMPANY,

Plaintiff,

v. Cause No. 1:26-cv-00369-KG-JFR

THE TANOAN COMMUNITY ASSOCIATION, INC.,
and RICHARD GONZALES and NANCY GONZALES,
Individually, and as Parents and Next Friends of J.G.,

Defendants.

**STIPULATED ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

THIS MATTER comes before the Court upon the Unopposed Motion of Law Offices of David M. Houliston for Withdrawal and Substitution of Counsel for Defendant The Tanoan Community Association, Inc. ("Tanoan") [Doc. 23]. The Court being fully advised finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Law Offices of David M. Houliston (David M. Houliston), shall be allowed to withdraw as counsel of record on behalf of Defendant Tanoan.

IT IS FURTHER ORDERED that the law firm of Civerolo, Gralow & Hill, PA (Lisa Entress Pullen and Jonathon T. Hawthorne) shall substitute as counsel for Defendant Tanoan.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted by:

LAW OFFICES OF DAVID M. HOULISTON

*/s/ David M. Houliston*
David M. Houliston
4801 Lang Avenue NE, Suite 205
Albuquerque, NM 87109
Phone: (505) 247-1223
Fax: (505) 214-5204
david@houlistonlaw.com

Approved by:

CIVEROLO, GRALOW & HILL, PA

*/s/ Electronically Approved 08/10/26*
Lisa Entress Pullen
Jonathon T. Hawthorne
PO Box 93940
Albuquerque, NM 87199
Phone: (505) 842-8255
pullenl@civerolo.com
hawthornej@civerolo.com
*Attorneys for Defendant The Tanoan Community Association, Inc.*

PETERS & NYE, LLP

*/s/ Electronically Approved 08/10/26*
Nancy K. Tordai (*PHV)*
14 Executive Court, Suite 2
South Barrington, IL 60010
Phone: (847) 423-0353
nancytordai@petersnye.com

and

Allison M. Beaulieu
JONES, SKELTON & HOCHULI, PLC
8220 San Pedro Drive NE, Suite 420
Albuquerque, NM 87113
Phone: (505) 339-3517
abeaulieu@jshfirm.com

*Attorneys for Plaintiff Cincinnati Insurance Company*

PARNALL LAW FIRM, LLC

*/s/ Electronically Approved 08/10/26*
Drew A. Larkin
PO Box 8009
Albuquerque, NM 87198
Phone: (505) 268-6500
drewlarkin@parnalllaw.com
*Attorney for Defendants Richard and Nancy Gonzales*